## SYBERT and Others, Commissioners, *v.* ELLIS, in Error.

SUIT by *Ellis* against *M'Cartney, Sybert,* and *Shawl,* commissioners of *Madison* county, for work and labour done for the county. Judgment by default. *Held,* that the judgment should show that the amount was only to be collected from the property of the county.

---

## THE STATE *v.* MITCHELL, in Error.

IT was *held* in this case, that the statute of 1831, prohibiting all persons, except travellers, from wearing or carrying concealed weapons, is not unconstitutional.